UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV13-00517-JGB (AS) | Date | December 4, 2013 |
|---|---|---|---|
| Title | Rosene Davenport v. Guillermo Garcia | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

On May 21, 2013, Plaintiff filed a First Amended Complaint (Docket Entry No. 15). On September 5, 2013, Defendants D. Gluckman, Tamara Kabban-Miller, Robert Kettle, and M. Martel filed a Motion to Dismiss ("Motion") (Docket Entry No. 30). On September 24, 2013, the Court issued an Order directing Plaintiff to file an Opposition no later than October 18, 2013 (Docket Entry No.32). The Court expressly warned Plaintiff that failure to timely file an Opposition would result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey Court orders. As of today, however, Plaintiff has failed to file an Opposition or a request for an extension of time in which to do so.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE no later than **December 18, 2013** why this action should not be dismissed with prejudice for failure to prosecute.

**Plaintiff is explicitly cautioned that failure to timely file an Opposition or otherwise respond to this Order may result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | AF |