JS - 6
O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSENE DAVENPORT, | No. ED CV13-517-JGB (AS) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| GUILLERMO GARCIA, Warden, | |
| Defendant. | |

Pursuant to the "Order Granting Motion to Dismiss for Lack of Subject Matter Jurisdiction," IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: <u>November 30, 2014</u>.

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE